UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PANAMA HOLDINGS, LLC,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00498 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 5) |

The plaintiff reports that he has settled the matter and indicates he will seek dismissal of the action soon. (Doc. 5) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than July 2, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated: **May 19, 2021**　　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE