UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PANAMA HOLDINGS, LLC,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00498 AWI JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 7) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 7) He indicates that the parties have agreed to bear their own fees and costs. Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated: **May 25, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE